Decision of board of excise reversed, with fifty dollars costs, and mandamus granted requiring the board to grant a license to relator.

---

JAMES A. McDONALD, an Infant, Respondent, *v.* BRYAN O'HARA, as Surviving Executor, Impleaded, Appellant.

(New York Superior Court — General Term, July, 1895.)

A mandatory power of sale, creating an equitable conversion of land, is extinguished by an election of all the beneficiaries to take the land as such.

APPEAL by defendant O'Hara from order continuing injunction during pendency of the action.

The following is the opinion filed at Special Term:

McADAM, J. The will, by conferring on the executors a mandatory power of sale, converted the land into money. The parties in interest having elected to take the land as such, have worked an equitable reconversion; it is again land, and the title is in them in fee. Cases cited in *McDonald* v. *O'Hara*, 9 Misc. Rep. 686; aff'd, 144 N. Y. 566.

The infant, by its testamentary guardian and its guardian *ad litem*, with the sanction of the court, hereby expressed, has joined with the adults in the election, so as to make it the united as well as the binding act of all. The reconversion is complete and the power of sale extinguished.

If the executor (as he claims) has incurred expenses in reference to the land prior to the reconversion and he cannot obtain reimbursement from the estate in his hands, he may plead the facts, that the court may in its final decree protect by equitable lien or otherwise any just demand he may have. Those who seek equity must do equity.

In the meantime the injunction prayed for, restraining further interference with the land by the executor, will be granted. No costs.

*William J. Lacey*, for appellant.

*James Kearney*, for respondent.

*Per Curiam.* The order should be affirmed, with ten dollars costs and disbursements, upon the opinion filed by the learned judge at Special Term.

Present : FREEDMAN and GILDERSLEEVE, JJ.
Order affirmed, with ten dollars costs and disbursements.